**Opinion issued July 25, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00436-CV

————————————

## REGENIA BECHEM, Appellant

## V.

## RELIANT ENERGY RETAIL SERVICE, L.L.C., Appellee

On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Case No. 1010550

## MEMORANDUM OPINION

Appellant appealed from an order granting withdrawal of funds from the registry of the court. On June 27, 2019, appellant filed a motion to dismiss the appeal as moot, asserting that the trial court withdrew the order from which appellant had

appealed. Appellant attached a copy of the trial court's June 18, 2019 order. No opinion has issued. Appellee has not opposed the motion. The motion is granted.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.